# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | **8:06CR15** |
| vs. ) | |
| ) | **TRIAL ORDER** |
| **ANDREW J. OLMER,** ) | |
| ) | |
| **Defendant.** ) | |

On the court's own motion,

**IT IS ORDERED** that this matter is removed from the trial calendar for the week of May 23, 2006. A new trial date will be set in accordance with the Speedy Trial Act after the time for filing pretrial motions expires.

**DATED May 2, 2006.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**