IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 8:06CR15 |
| vs. | ) | |
| | ) | ORDER |
| ANDREW J. OLMER, | ) | |
| | ) | |
| Defendant. | ) | |

At the request of counsel, a telephone conference was held on July 19, 2006. Michael P. Norris represented the United States. Defendant was represented by Howard N. Kaplan and Julie A. Frank. All parties requested that the August 1, 2006 trial be continued to facilitate further investigation and plea negotiations. The defendant agreed to file a waiver of speedy trial by Friday, July 21, 2006. The court finds that the request should be granted.

**IT IS ORDERED** that the parties' joint motion to continue trial (Filing 27) is granted, as follows:

1. The trial of this matter is continued from August 1, 2006 to **October 17, 2006** before Judge Laurie Smith Camp and a jury.

2. In accordance with 18 U.S.C. § 3161(h)(A), I find that the ends of justice will be served by granting such motion and outweigh the interests of the public and the defendant in a speedy trial. The additional time arising as a result of the granting of the motion, i.e., the time between **August 1, 2006 and October 17, 2006**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act, 18 U.S.C. § 3161 because counsel require more time to effectively prepare the case, taking into account the exercise of due diligence. The failure to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(8)(A) & (B).

3. Defendant shall file a waiver of speedy trial in accordance with NECrimR 12.1 on or before Friday, July 21, 2006.

**DATED July 19, 2006.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**